**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Raymond Borst, | ) | No. CV05-3845-PHX-SRB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Joseph M. Arpaio, | ) | |
| Defendant. | ) | |

Plaintiff, Raymond Borst, filed his Civil Rights Complaint on November 29, 2005. On March 30, 2006, this Court issued an order advising Plaintiff to complete and return a service packet for Defendant by April 19, 2006. On April 5, 2006, Plaintiff's copy of the March 30, 2006 order sent to his address in the county jail was returned by the Post Office with the notation "Released." On April 17, 2006, the Court issued an order giving Plaintiff until April 21, 2006 to show cause why his case should not be dismissed. As of the date of this order Plaintiff has not responded to any of the Court's orders and all of his mail has been returned. Research on the Arizona Department of Corrections website has not shown Plaintiff to be a current inmate.

On May 19, 2006, the Magistrate Judge filed his Report and Recommendation recommending that this case be dismissed for Plaintiff's failure to comply with Court orders pursuant to Fed. R. Civ. P. 41(b).

In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court.   The time to file such objections has since expired and no objections to the Report and Recommendation have been filed.  The Court notes that on May 25, 2006 Plaintiff's copy of the Report and Recommendation was also returned by the Post Office.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

IT IS FURTHER ORDERED dismissing this case without prejudice

IT IS FURTHER ORDERED directing the Clerk to enter Judgment accordingly.

DATED this 12th day of June, 2006.

_____
Susan R. Bolton
United States District Judge